# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**HOPE R. LEWIS,**

    **Plaintiff,**

                                  **Civil Action 2:12-cv-00479**
v.                             **Judge James L. Graham**
                             **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the November 6, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 14.) Pursuant to the parties' stipulation, the Magistrate Judge recommended that this case be remanded to the Commissioner for further proceedings and a new decision. In the Report and Recommendation, the parties were specifically advised that failure to object to the Report and Recommendation within fourteen days would result in "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report & Recommendation 2, ECF No. 14.) The time period for filing objections to the Report and Recommendation has expired. No party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, the Court **REMANDS** this case to the Commissioner for further proceedings pursuant to 42 U.S.C.

§ 405(g).

**IT IS SO ORDERED.**

S/ James L. Graham
James L. Graham
UNITED STATES DISTRICT COURT

Date: November 27, 2012